

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

June 5, 2015

Caroline Woodburn
District Clerk
P.O. Box 9570
Amarillo, TX 79105
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00067-CR, 07-15-00068-CR
Trial Court Case Number: 67,370-B, 68,439-B

**Style:** Jeremy Edwards Sustaita v. The State of Texas

Dear Ms. Woodburn:

The clerk's record in the above captioned appeal was due to be filed on May 29, 2015. By Order of the Court, the request for an extension of time to file the record is granted. The record is due on or before **June 29, 2015.** *See* TEX. R. APP. P. 35.3(c).

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc: Steven M. Denny (DELIVERED VIA E-MAIL)
Randall C. Sims (DELIVERED VIA E-MAIL)